The Honorable Colleen R. Lawless
US District Court Judge
600 East Monroe Street
Springfield, IL. 62701

Hello your Honor my name is Jason D. Smith
I am 49 years old (12-05-1974)
I currently and for the last 18 years
have lived at address 869 Routt st.
Jacksonville IL. I am owner and
opperator of House of ink Tattoo
Located at 725 east collage st.
Jacksonville IL. I have been in
this bussiness and Location for
20 years, in that time I have
met 1000s of people in our community.

I am writing this letter in good
faith as a character witness
To Adam Mouser of Jacksonville.
As I presiously stated I have met
a lot of people through my work.
I met a very nice man one day
and his name is Chris Goodsell.
Sevral years later at a family function
of the Goodsell Family I was introduced
to Mr. Mouser and his family, which
has grown over the 10 plus years I
have know them. I am also the
President of the Chrome Mafia Motorcycle
club, after sevral years of knowing

Mr. Mouser He decided to Join our club, which I will add is a family involved club. Our Motto is Family, Friends, and Fun. Meaning if you take care of family and Friends First you will have fun. Durning the coarse of time that Mr. Mouser has been part of our club I have first hand witnessed Mr. Mousers Love for Community and Family. We have attended Countless Fund raisers, Benefits for children, adults, pretty much anyone with hardships, I have neve in all the years of knowing him, Known or seen him raise a hand to anyone. As a lott of men do he does talk tough at times. But it has only been talk. Your Honbr. He is absolutly a kind hearted man that got caught up in the Political drama of the internet, which I may add I don't agree with many of his views or political or Religous ideas. I understand that Mr. Mouser has pled guilty to the crime he has commited and even though it was only words it was still Illegal. And with that said In many way, I am glad he got noticed for his statements made online (Twitter I beleve). I feel That this situation gave me a bit

of peace of mind in Knowing
that our Goverment, Law inforeement,
and our Judicial System are still
able to protect our Voted and
Sworn offials such as our
Commander in chief Mr. President
Joe Biden. As upset as I may
have been over the arrest of
Mr. Mouser for using words, I was
eaqualy releived and proud of our
country for at least looking into
his threats, had they been warrented
or not in his eyes at the time
will never be Known But In my
heart and Knowing this man (Mr. Mouser)
I beleive he was Blowing off steram,
I will not make any excuses for
his actions nor do I believe there
are any. What he done was Illegal
and he has pled guilty. I only ask
that some soft of leniency be shown
in his case considing his Sentecing
hearing, as I do not feel he will
be a threat to himself or anyone
else. I am in high hopes that he
is to see the midimum punishment
and that he can soon Be home
with his family. In closing I
would like to thank your Honor
for your time. I hope this Letter
reaches you well. Thanks again
united states Probation Jason O Smith
"Copy to" Assistant US. Attorney, and Attorney Mark K. Wykoff Sr

The Honorable Colleen R. Lawless
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

To the Honorable Judge Lawless, my name is Mike Hardwick. I am 57 years old, I live in Jacksonville, Illinois and have since birth. I am a mechanic by trade for 36 years, of which have been employed in Jacksonville at a local and very reputable auto repair shop for the last 12 years. I am always interested in helping out our local community, neighbors, friends, police departments, fire departments, emergency responders and have worked alongside many of those departments in the past as part of my job as a tow truck driver operator. I have many friends in all of those departments as well. I would like to think that I'm well respected in our community also.

I first met Adam Mouser about 12 or 13 years ago through another friend. He along with his family have become very close friends in that time. We are like family now and regularly spend time together, whether it's just hanging out together or helping each other out with projects or helping other friends with things. I consider Adam like a brother to me and have missed the time together since his arrest.

I do understand that he has pled guilty to the charges against him. I am asking for utmost leniency in sentencing in this case. I know that his family, and especially his children have missed him dearly along with all of his friends. Adam has been a productive, hard working person as long as I have known him. Adam is very active in his children's lives, school functions and more. I do believe that there were no ill intentions with this case and firmly believe that he will return to be a an honest and hard working member of society.

I thank you in advance for your kindness and leniency in this case.

Sincerely
Mike Hardwick

Sent via the Samsung Galaxy Note9, an AT&T 5G Evolution capable smartphone

The Honorable Colleen R. Lawless

U.S. District Court Judge

600 East Monroe Street

Springfield, IL 62701


Dear Judge Lawless

I am writing on the behalf of Adam Mouser and asking for leniency. My name is Staci Bolton and I am Adam Mouser' s mother. I an a wife of a retired military service member .

My son Adam Mouser is very loving and a caring son and father. His family means evening to him. He works hard to help provide for his family. Every chance we get to stop by for a visit, we do to catch up. We get enjoy all the phone calls, text messages, and and amy pictures we get.

I am aware of the charges that he is facing and the consequences of those action. But looking at the current situation of the bereaved family, I would like to plea for leniency. I am sure he will learn from this experience and will not think of repeating it.

Sincerely,

Staci Bolton


Copy to:

    (1)   Assistant U.S. Attorney
    (2)   United States Probation Office
    (3)   Attorney Mark K. Wykoff, Sr

The Honorable Colleen R. Lawless

U.S. District Court Judge

600 East Monroe Street

Springfield IL, 62701

Dear, Honorable Colleen R. Lawless I am writing to you on behalf of Mr. Adam Mouser my name is Jennifer Nasi age 46 I work and live in Jacksonville IL. I live around the corner from Adam and his family. I have known Adam for over 10 years. I am a friend of him and his family we have been on many fun and charitable rides together also birthday parties, holiday events, and weddings of family and close friends. Adam is a story teller and sometimes the stories are over the top and he can come across to some as a tough guy but he is the first person to come check on you when he knows you are having a hard time or are in need of something. He wears his heart on his sleeve.

I am aware he has plead guilty to the charges against him and do not agree with the choices he made. I do feel he is aware he made bad choices and has had time to process what he did wrong and will make the necessary changes to never make those decisions again.

Adam is very important to the life's of his partner and their children. It has been hard on them being a one income household with children. Adam normally provides a second income also upkeep to the house, cars, yard, and garden. He is very involved in his kids lives he also participates in benefits at least twice a year and helps his friends when needed. Thank you for reading what I have to say

Sincerely,

Jennifer Nasi

"Copy to"

1) Assistant U.S. Attorney

2) United States Probation Office

3) Attorney Mark K. Wykoff, Sr.

The Honorable Colleen R. Lawless

U.S. District Court Judge

600 East Monroe Street

Springfield, IL 26701

Dear Judge,

My Name is Clara Tillery  I have been a Dental Hygienist since 2008. I have been employed at Advanced Dental Care of Springfield for almost 16 years. Every year, since 2010, except 2020, the office has put on a free dental day for adults. We all volunteer our time to give back to the community. I have also volunteered at our kids schools for the family fun festival. Each year, I volunteer service hours for our church and schools.

I have known Adam Mouser since we were kids.  We started going together when we were 16. We were on and off again through our 20s. We have been together now for the last eleven years. He is the most loyal, well-mannered, person I know.  He makes me be a better person. He only wants the best for the ones around him.  He puts our children and I before his needs. He is a hard worker and literally can fix anything that is broken. You will often find him outdoors. He loves to garden. In the winter, he enjoys his fishtanks and have live plants, there as well.

I am aware Adam Mouser has plead guilty. I'm asking this court for leniency for Adam. I ask this for the wellbeing of our children. As bad as I want him in my life, our children need their Dad.

Sincerely,

Clara M. Tillery

Copy to:

    (1)   Assistant U.S. Attorney
    (2)   United States Probation Office
    (3)   Attorney Mark K. Wykoff,

The Honorable Colleen R. Lawless
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

My name is Heaven Hogaboom and I am 15 years old. I am a homeschool student. I am an older sister and daughter to Tara and Brandon Hogaboom.

I am in contact with Adam Mouser because I spend most of my time at their house; his kids are my cousins.

I understand that Adam has pleaded guilty to his charges. Adam is not a bad person at all, I would like to ask the court for leniency. Adam is a very hard-working man. He works in any weather so he can provide for his family.

His family depends on him. Adam is the father of 3 beautiful girls. He should be at home with his family where he belongs. He has missed many dance recitals and school functions with his children.

I believe that Adam should be released because his wife desperately needs him and his children do too. With Adam not being at home, it has desperately changed the way his family functions. He can even become a productive member of society if he is released.

Copy to
Assistant U.S. Attorney
United States Probation Office
Attorney Mark K. Wykoff, Sr.

**The Honorable Colleen R. Lawless**
**U.S. District Court Judge**
**600 East Monroe Street**
**Springfield, IL 62701**

My name is Tara Hogaboom and I am 39 years old. I am employed with Jacksonville School District #117. I am a mother of 3 beautiful children. My family owns an automotive repair shop in Jacksonville.

I have known Adam Mouser for 20+ years. We went to separate high schools but we both attended CACC (Capital Area Career Center) so I would be riding the bus over to Springfield together for class. We would always talk, laugh, and joke together. Adam was always the person I could always talk to if I ever had any problems. Adam was family before he became family by marriage. Any free time I had, I would spend it hanging with Adam and my aunt Clara. There was never a time when I wasn't talking or texting him. We have gotten closer as the years have gone on.

I do understand that Adam pleaded guilty. I am also asking the court for leniency. Adam is not a bad person nor is he a violent person. He is also a very hard-working individual. He would work long hours in all weather elements because she knew his family depended on him.

I believe Adam should be released because he needs to be at home with his family. His children need their father at home. He is missing his children's recitals, him not being at home has really taken a toll on his kids. With him being home, he can then become a productive member of society.

Copy To
Assistant U.S. Attorney
United States Probation Office
Attorney Mark K. Wykoff, Sr.

The Honorable Colleen R. Lawless

U.S. District Court Judge                                        5/15/2024

600 East Monroe Street

Springfield, Il 62701


My name is Christy Schutz and I am writing this letter on behalf of Mr. Adam Mouser. A little background on me. I have been a licensed practical nurse for 12 years now and currently reside in Morgan County, Illinois. I also currently run my own craft business. And I participate in many fundraisers and other vendor events throughout the community. I have 4 adult children, 2 bonus children and 4 grandbabies. I am very family oriented and try to stay involved in my community. Whether it be volunteering at my grandchild's or bonus children's school and or participating in benefits in our area.

I met Mr. Mouser and his family through my husband at an event for family and friends approximately 4 years ago. Throughout the last 4 years, Mr. Mouser and his family have become very special to me. I consider them part of my extended family. Our families spend a lot of time together throughout the year.

I am aware of the charges against Mr. Mouser and the fact that he pleaded guilty to the charges against him. I do believe Mr. Mouser understands the seriousness of the charges. I ask the court to be merciful in imposing his sentencing.

Mr. Mouser is very invested in his family and friends. Mr. Mouser is the one guy who I know I could count on if I ever needed anything. The first time, he met my granddaughter, Ella, she was very cranky. I noticed Mr. Mouser sitting at the table with her and she was slowly starting to talk to him. Within a few minutes, she was laughing and was up having fun. I am confident that was the first time, they discussed him getting her a llama someday. He has a way with kids and people in general. If he notices someone is having a bad day, he will try and cheer them up. Mr. Mouser is a very trustworthy, honest and caring person. He always puts others first. He would give his shirt off his back to help a stranger. He is always there for his family and friends. He has been and continues to be a huge part of the financial, physical and emotional care of his significant other and their kids. And he is valued and missed by all his family and friends.

My biggest concern is Mr. Mouser's future along with the future of his significant other and their kids. Mr. Mouser's future should be at home with his family, where he can get back to working and supporting his family. I am concerned if Mr. Mouser is not given the opportunity to be at home with his kids that it will have a detrimental effect on his children and the bond, they all share with their dad. All children need their father in their lives and his presence at home is very important.

My other concern is the effect that a long sentencing could have on his significant other. These last several months have placed a huge financial, emotional and physical burden on her. She has had to be a single parent and the sole provider for their family. Having Mr. Mouser at home would help lessen the burden on his significant other.

In conclusion, I ask you, judge, once again to be merciful when imposing sentencing. I also ask you to think of how the length of sentencing will highly affect Mr. Mouser, his significant other and their children. I thank you for taking the time to read this and hope that it has shown you how important Mr. Mouser is to everyone.

Sincerely,

Christy Schutz

217-371-1539

Copy to:

1. Assistant U.S Attorney
2. United States Probation Office
3. Attorney Mark K Wykoff Sr.

Dear Judge Lawless,

My name is LaTasha Kennedy. I work at SIU Family Medicine in Springfield and Jacksonville, IL. I am a Medical Laboratory Technician II. I have worked for Siu for 11 years. I am currently going back to school for Sonography. I have been married for 12 years to my wonderful husband and have two beautiful daughters we adopted four years ago. We are very active and involved members of our community. Our youngest is involved in cheer and volleyball. Our oldest is also active in Cheerleading as well. We live in the small community in Nortonville, IL. My husband and I host a 4th of July party every year for family, friends, and our community. We are also members of a motorcycle club Chrome Mafia out of Jacksonville, IL. As a part of this club/organization, we attend and donate to several charities' year around. I would like to consider ourselves an asset to all surrounding areas while trying to help in anyway we can.

I have known Adam Mouser for at least 10 years. We actually meet through our motorcycle club. Since we have known each other we have basically watched one another grow up into the adult we are today. Over the past 10 years Adam has become one of my dearest friends and truthfully on of my favorite people. He is that friend you can go to for advice and even though you may not want to hear it, he will say it because lying is not going to help you in the situation. He's the guy that calls it like he sees it. Adam also has some of the wittiest sarcasm I have ever heard. Adam is a guy you can call when you need a helping hand. He may not be the first one there and let alone without his Mt. Dew, but he will always show up for those who need him most. When I first started riding my own motorcycle aside from my husband he was one who helped give tips and tricks on how to corner, knowing sometimes it made me nervous. People may not see it or notice it but he is truly one of their biggest supporters. He always wants to see the people he loves do great things and have great success no matter what it is.

Adam is an active involved father and partner. He helps bring balance and stability to his family and everyday life. He also helps provide fresh food for his family and extended family. He plants a garden every spring for his family's house hold and his partners mothers house hold as well. He helps take care of the things for his partners mother as she needs them. This is a promise he has upheld as to his partners deceased father. This past year has been a little difficult on both houses with his absence. Adam is also a grandfather as well. While he has been incarcerated one of his sons had a child, it has and is still a very difficult time for his son. I know if Adam was present he would be there to help his son through all the difficult times he has been going through. His beautiful big-hearted little girls are missing him beyond belief. They are not only missing their father but built in best friend. It has also been very trying for his partner and one of my dearest friends. She has put everything that she is in to filling the void that has been there since Adams absents. The wave of relief and joy she will encounter when he gets to be home will be unmatched. Since he has been away the flame he has always help light in her

burns just a little duller without him by her side. They have a long past together it has been rocky with up and down hill battles. All of that has grown them into a stronger couple and beautiful family.

As humans we are all bound to make mistakes. Some of them are more server than others but, none the less mistakes. We are not perfect in any way, although, that seems to be what is expected of us sometimes. I am fully aware of the charges Adam Mouse has plead guilty to. I am sure that the misjudgment he has made will be one he learns from for many years to come. I hope that all of us as humans continue to make mistakes, learn from them and pass them along to our children, so they do not do as we do but be better than we are.

I don't consider myself just a friend of Adam Mousers. He is my brother and I his sister. I hope that all you have read about my amazing, yet flawed brother, you could please take into consideration that he receives the minimum period of time of incarceration. I strongly believe that he has misplaced his passion for his country and fellow citizens in the wrong place. I believe that moving forward he will place it in the correct areas for himself, his family, friends, and fellow citizens. Thank you for taking the time to read and review a letter about Adam Mouser my friend, club member, and brother.


Sincerely,

LaTasha Kennedy

The Honorable Colleen R. Lawless
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

Dear Judge,
My name is Nakoma Goodsell. I am 25 years old, and I have worked at Reynolds Consumer Products out of Jacksonville, IL for 4 years.

I have known Adam Mouser for most of my life. I genuinely cannot remember a time when he wasn't around in my twenty-five years alive. My father met him in 2001 and some of my earliest memories are going to his house for cookouts, birthday parties, etc. Him and his family are the closest thing I have to family that are not related to me by blood. In fact, I call him Uncle Adam and his partner Aunt Clara and refer to their children as my cousins.

Adam Mouser is as hard-working as they come. He is a provider for his family, which has struggled financially in the time that he has been away. He shows up for the people that he loves in any way he can. Whether that be in the form of working long hours to send his children to the best schools he can, never missing a birthday party for his kids or my siblings and I or joining my family for many holidays in the time that we have known him. For myself personally, he and his partner, Clara, bought me my first car.

There are too many instances to count where he has dropped everything in a second to help someone out. To name a few: After his partner's father, Paul, passed away from cancer, Adam spent his entire summer growing and maintaining their family's garden in Paul's honor. He has also come to the rescue of many people who have broken down alongside the road. Often fixing the vehicle in that very spot if he was able, but providing transport home so they wouldn't be stranded if not. He also has participated in many different motorcycle benefits which have helped a variety of causes. These have ranged from sick individuals who have accumulated medical debt, memorial rides for people who have passed, and raising funds for veteran homes.

Adam is also incredibly funny, kind, and intelligent. I have spent many hours with him discussing so many topics under the sun, in which he provided various points of view that I never would have considered. Truly opening my eyes to different opinions and teaching me along the way that everyone thinks differently, and that's okay. I have missed him immensely in the time that he has been away.

I have kept in close contact with Clara Tillery throughout this time. I know that Adam has pleaded guilty and that he is sorry for the actions that have brought these charges against him. I asked that you have mercy on him and allow him to have the minimum period of incarceration. His family, both biological and not, deeply misses his presence in our lives. I have good faith that he would be a model citizen if allowed to come home.

Thank you for your consideration,
Nakoma Goodsell

Brian Becker

416 West 9th

Beardstown Il. 62618

217-248-6219

August 30th, 2023

My Name is Brian Becker. I was a Fire chief, and Paramedic for the City of Beardstown. I have over 20 years in emergency services work, and was a Deputy Death Examiner for the county of Cass for 6 years.

I have known Adam Mouser for over 5 years. We have had many differnt converstaions over the years. From science to politics, we have discussed all differnt matters. Although Adam may be vocal in his dislike for certain political figures, in the several years that I have known him, he has never acted in a violent manner to myself, my wife, or my children. He has been a good father to his children and does what he can to provide for them.

I feel very confident that Adam Mouser poses no legitamet threat to our goverment. I feel that Adam became very upset about our current political issues, and voiced his frustrations in ways that he should not have, and I believe that he has learned something from his time spent in your care. But I also know that he has children that need to see that the government isnt something to be terrified of. It is my wish that you consider his childrens future as well as Adam's as you make your thoughful decisions.

Thank you for you time and consideration in this matter.

Respectfully,

From: btmedic1974 <btmedic1974@yahoo.com>
Date: 5/21/24 8:25 PM (GMT-06:00)
To: claramae22@yahoo.com
Subject: Letter of personal character for Adam Mouser

The Honorable Colleen R. Lawless
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 26701
Your Honor,

I have known Mr. Mouser for over 5 years. Adam is a family oriented person. He has donated time effort and money for several charities over the years. Bikers Against Child Abuse is one of these charities. As well as the veterans home in Quincy. He has used his carpentry skills to assist families in need and not asked for a cent, because "it wouldn't be right to charge a hungry family."

Adam is very patriotic and he loves his community and his country. Unfortunately, anger can cloud judgment and can cause us to make decisions and not consider the consequences until time has passed to reflect upon out actions.

Adam has had lots of time since his incarceration to think about his actions and I know that he regrets his actions.

Adam's girlfriend and their children are also suffering during this time as well and I hope you consider his release as a way to reunite his family, who need him desperately.

Thank you for taking the time to read this, and I hope you see the man that I know, and can understand just how remorseful he is.

Sincerely,

Brian Becker.

Copies to
(1) Assistant U.S. Attorney
(2) United States Probation Office
(3) Attorney Mark K. Wykoff, Sr.

Sent from my U.S.Cellular© Smartphone

Frank Hogaboom

2413 Woodson Franklin Rd

Franklin, IL. 62638

217-479-0604

August 30th 2023

To Whom it may concern,

My Name is Fank Hogaboom. I have known Adam Mouser for over 20 years. During this time, I have watched him grow from a teenager into a man. As we began to get to know each other, I understood very early that Adam is a patriotic person. He loves his country, and he cares about his family.

It appears that Adam has found himself in your presence. Before judment is passed on this young man, please know that I feel that Adam is a trustworthy person. I am a small bussiness owner, and have been established in Jacksonville since 2006. I trust Adam Mouser so much that he has a key to my property and has access to personal equipment. Not once have I ever had to worry if he had secured my building when he comes onto the property after hours, and has always been respectful to both my wife and myself.

I hope that you see the same person before you that I have welcomed into my home and spent several hours around . Thank you for taking the time to read this appeal for leniency.

*Frank E. Hogaboom*

1

The Honerable Colleen R. Lawless

U.S. District Court Judge

600 East Monroe Street

Springfield Il. 62701

My name is Frank Hogaboom, I own and run EEBS Auto in Jacksonville Il. We have been there since 2006.My son Brandon and I have almost 80 yrs in the auto repair business.

Adam and Brandon went to school together. Have known Adam and his family every since.

I am aware of the fact that Adam pled guilty to the charges against him.

Adam has apartner and children that miss him very much. He has always been a hard worker and loves his kids. It has been quite hard on Clara taking over as both mother and father for the kids.

Adam attended many events such as bike rides for a lot of good causes.

His family needs him, any leniency would be well recieved .

Adam and his family are always welcome in my home, business or anywhere I am.

Thank you for your time.

Frank E. Hogaboom

COPY TO:

1- Assistant U.S. Attorney

2-United States Probation Office

3-Attorney Mark K. Wykoff, Sr.

1

May 6th, 2024

The Honorable Colleen R. Lawless
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

Dear Judge Lawless,

My name is Paula Haley. I am 53 years old and live in South Jacksonville, Illinois. My parents were married 64 years and am the eighth of ten children. We grew up on a farm in Alexander, Illinois and were raised in a devoted Catholic family. I was married for 26 years but am currently divorced. My ex-husband and I have three children together. Our oldest two daughters attended Our Saviour's Grade School and graduated from Routt High School. Both of our daughters have/will soon graduate from college. Our youngest son has learning disabilities and currently is a Junior at Jacksonville High School. I have been employed at Illinois College as an Administrative Assistant for the Office of Residential Life for the past nine years. I was very involved member at Our Saviour's Catholic Church in Jacksonville, Illinois and co-chaired the annual Our Saviour's Family Fun Festival for 15 years. My ex-husband and I donated a significant amount of time with weekly meetings and worked tirelessly for six days straight setting up, co-chairing, and disassembling the event. The event raised approximately $50,000 each year. My youngest sister Clara Tillery has been dating Adam since 2019. Clara and Adam decided to send their three daughters to a private school, Our Saviour's Grade School. Their oldest daughter graduated from Routt Catholic High School and is currently attending college. Clara & Adam have also volunteered each year at the Our Saviour's Church Family Fun Festival.

I have known Adam Mouser since he was a sophomore in High School, which was approximately 25 years ago. Adam was raised by his grandmother. He spent a lot of time at our house. Adam has always been a hard worker and worked for various farmers in the Waverly, Illinois area. Adam has always been a person to speak his mind on any subject. He kept up on current events and you could have an in-depth conversation with him about local news etc. He has a strong bond with his Grandmother Louis, uncle Eddie, grandparents in Riverton, and his uncle Kevin. Adam hates large crowds and would feel overwhelmed by being around our family. Since there were ten of us children and Clara was the baby of the family most of our family gatherings would consist of 60-80 people. This has always been a common issue coming from a big family. Several of the in-laws voiced this same type of concern. Adam has always struggled with anxiety and a bit of depression and prefers not to be around large crowds. He and my sister Clara work as a team and want the best for their children, which is why they decided to send them to a private school. Adam participates in school activities and was missed this year since he could not take his two younger daughters to the daddy/daughter dance. His kids have been worried about their father and have spent many nights sleeping in fear. The absence of their father has caused anxiety and stress in the entire family. My younger two nieces have had to rely on other people to pick them up from school, get them to and from school and extracurricular events. Raelyn is the youngest and has slept with Clara nearly every night since Adam was arrested. Maddie has developed nervous ticks such as pulling her eyebrows out which has caused more doctor appointments. My oldest niece has a daughter, and it breaks my heart that his two-year-old granddaughter has not been able to see him. My sister has struggled

with the maintenance of her home. Adam would repair items that would break such as the furnace, stove, take care of their animals, mow etc. The stress that it has put on my sister is unbearable to watch. Our family has had to pitch in and help with the kids, prepare meals, give her money, and try to support them while Adam is away.

The most difficult thing is hearing from my 85-year-old mother that she will not have a garden for the first time in her adult life this year. Adam made a promise to my dad that when he passed May 7th, 2021, that he would always help my mom with a garden. My older two brothers are in their sixties and can no longer help with these types of tasks. Adam jumped in after my dad passed and took care of the garden for my mom. He also cleaned her gutters and mowed when needed. Adam also helped my mom with ripping up the carpet in the entire first floor of their house and hauled it off.

I am aware of the charges that are brought against Adam. I know that Adam pled guilty. I pray that the court will remember my three nieces, his two-year-old granddaughter, my baby sister Clara, and my 85-year-old mother when he is sentenced. It has been nine long months. I am not sure what kind of long-lasting impact this is going to have on my younger two nieces, and I pray they are able to be reconnected with their father soon. A family that prays together, stays together.

Sincerely,

Paula J Haley

Paula J Haley

Copy to:
(1) Assistant U.S. Attorney
(2) United States Probation Office
(3) Attorney Mark K. Wykoff, Sr.

The Honorable Colleen R. Lawless
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 26701

Dear Judge,
My Name Is Rick McElroy. I live in White Hall, IL. I've worked in construction
for over 30 years. I mainly chose to build family homes here in
Central Illinois.

I know Adam Mouser for at least 20 years.  Over those years, he has helped
build numerous homes from Lincoln to Springfield to
Beardstown to White Hall. Adam has proved to be loyal, knowledgeable, and
hard working.

I am aware Adam Mouser has plead guilty. I'm asking this court for leniency
for Adam. I have made it clear to both Adam and his
significant other, Clara Tillery, that Adam will always have a job with me. I
know his kids miss him tremendously and need him in their
lives.

Sincerely,
Rick McElroy

Copy to:
(1)  Assistant U.S. Attorney
(2)  United States Probation Office
(3)  Attorney Mark K. Wyko